July 2, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

RODNEY UNDERWOOD, Appellant

NO. 14-15-00455-CV                         V.

OCWEN LOAN SERVICING, GMAC MORTGAGE AND  AMERICAN HOME
MORTGAGE SERVICING INC., ET AL, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on November 17, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Rodney Underwood.

We further order this decision certified below for observance.